**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

In re

SCOTT T MCMULLIN
TRAZE S MCMULLIN

Debtor(s).

) Case No. 325-34323-DWH13
)
) Confirmation hearing date: Feb 26, 2026
)
) **TRUSTEE'S OBJECTION TO**
) **CONFIRMATION AND MOTION**
) **TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

_____ a. Plan is not feasible:

_____ b. Case/Plan is not proposed in good faith or is forbidden by law:

_____ c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____ d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

__X__ e. Filing/documentation is deficient: **as requested at the §341(a) hearing, please provide the Trustee with a true copy of the Debtors' 2025 Federal and State Tax Returns.**

__X__ f. Other: **as requested at the §341(a) hearing, upon review of the Schedule D filed by the Debtors and the Proof of Claim filed by OnPoint Community Credit Union it appears that the 2023 Chevy Bolt is impaired. The Trustee objects to the 2023 Chevy being paid outside the plan through paragraph 7. Impaired vehicles must be paid through the plan in paragraph 4(b). Provide the Trustee with an Amended Schedule J and file an Amended Plan to check the box pertaining to motion to value collateral and increase paragraph 3(a) accordingly.**

If by the time of the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, or is not prepared to address the Trustee's objections with the filing of an amended plan as directed by the court during that scheduled confirmation hearing, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on <u>January 28, 2026</u>, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: January 28, 2026

/s/ Wayne Godare, Trustee

THOMAS A MCAVITY
(mk)